UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

        - against -

JAMIL MUHAMMAD,

                    Defendant.
_____

02-cr-617 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The defendant filed a motion that appears to request funds allegedly owed to him. The Government is requested to respond to the motion by **May 26, 2026.** The defendant may reply by **June 9, 2026.**

The Clerk is requested to mail a copy of this Order to the defendant at 2030 Route 26, Apt. 209, Vestal, New York 13850, and to note mailing on the docket.

SO ORDERED.
Dated:    New York, New York
          May 5, 2026

                                John G. Koeltl
                      United States District Judge