**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

      - against -

**JAMIL MUHAMMAD,**

              **Defendant.**

**02-cr-617 (JGK)**

<u>Order</u>

---

**John G. Koeltl, District Judge:**

On May 5, 2026, the Court ordered the Government to respond to Mr. Muhammad's motion by June 9, 2026. ECF No. 61. To date, no response has been filed. The time for the Government to respond to Mr. Muhammad's motion is extended until **June 19, 2026.**

The Clerk is requested to mail a copy of this Order to the defendant at 2030 Route 26, Apt. 209, Vestal, New York 13850, and to note mailing on the docket. The Clerk is further instructed to mail a copy of this Order to the Criminal Division of the United States Attorney's Office for the Southern District of New York.

**SO ORDERED.**

Dated:    **New York, New York**
           **June 10, 2026**

                                **John G. Koeltl**
                        **United States District Judge**