UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

JAMIL MUHAMMAD,

Defendant.

02-cr-617 (JGK)

Order

**John G. Koeltl, District Judge:**

On May 5, 2026, the Court set a briefing schedule for the defendant's motion for "Disbursement, Submission of IRS Form W-9, and Full Accounting of CRIS Investments." The Court directed the Government to respond by May 26, 2026, and the defendant, who is pro se, to reply by June 9, 2026. ECF No. 61. On June 11, 2026, the Court extended the time for the Government to respond until June 19, 2026, and extended the defendant's time to reply until July 1, 2026. ECF No. 62. The Government responded on June 17, 2026, ECF No. 64, but the defendant has failed to file a reply. The time for the defendant to reply is extended until **July 21, 2026**. If the defendant fails to reply by that date, the motion shall be decided on the current papers.

The Clerk is respectfully directed to mail a copy of this Order to the defendant at 2030 Route 26, Apt. 209, Vestal, New York 13850, and to note mailing on the docket.

**SO ORDERED.**

**Dated:** New York, New York
July 7, 2026

John G. Koeltl
United States District Judge