UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

JAMIL MUHAMMAD,

Defendant.

02-cr-617-1 (JGK)

Order

**John G. Koeltl, District Judge:**

On September 22, 2025, the defendant, Jamil Muhammad, moved pro se for "disbursement, submission of IRS Form W-9, and full accounting of CRIS investments." ECF No. 60. The Government responded to the request by letter dated June 17, 2026, ECF No. 64, and Mr. Muhammad has failed to file a reply.

Mr. Muhammad pleaded guilty to conspiracy to defraud the United States and judgment was entered against him on November 4, 2005. Nothing in the judgment or the subsequent record reflects any deposit of funds with the Court. The Government's letter confirms that no funds are held on his behalf. There is accordingly nothing to account for or disburse, and no basis for the submission of a Form W-9. Mr. Muhammad's request is therefore **denied**.

The Court further certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, because such an appeal presents no non-frivolous issue. See Coppedge v. United States, 369 U.S.

438, 445 (1962). In forma pauperis status is therefore **denied** for purposes of any appeal.

The Clerk is respectfully directed to close ECF No. 60. The Clerk is also requested to mail a copy of this Order to Mr. Muhammad, and to note mailing on the docket.

**SO ORDERED.**

**Dated: New York, New York**
**July 28, 2026**

**John G. Koeltl**
**United States District Judge**